UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EVERLEAN COX | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | 1:15-cv-113 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT'S PROPOSED SCHEDULING ORDER

The Court having conducted a scheduling conference on June 22, 2015 and having heard the representations of the parties hereby issues the following scheduling order.

1. The initial disclosure provisions of Fed.R.Civ.P.26(a)(1) apply in this case.

` 2. Any amendment to the pleadings or joinder of additional parties shall occur on or before August 6, 2015.

3. Fact discovery shall proceed until January 1, 2016 with a limit of five depositions (excluding the parties), 25 interrogatories and 25 requests for production of documents per side.

4. Plaintiff's expert disclosures pursuant to Fed.R.Civ.P. 26(a)(2) shall be filed on or before February 1, 2016.

     5.     Defendant's expert disclosures pursuant to Fed.R.Civ.P. 26(a)(2) shall be filed on or before April 1, 2016.

     6.     Expert discovery shall end on May 15, 2015.

     7.     Dispositive motions shall be filed on or before July 14, 2016.

     8.     The parties shall appear for a status hearing on August 1, 2016 at 9:30 a.m. at which time the Court may refer the matter for mediation and/or schedule a pretrial conference and trial date.

                                                          _____
                                                          Coleen Kolar-Kotelly
                                                          Federal District Court Judge