UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EVERLEAN COX | ) | |
| | ) | |
| Plaintiff, | ) | 1:15-cv-113 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| | ) | |
| Defendant | ) | |

## JOINT DISCOVERY PLAN

Plaintiff Everlean Cox and Defendant District of Columbia, through their undersigned counsel, pursuant to the Court's scheduling order [17], submit the following joint discovery plan for the Court's consideration.

| | |
|---|---|
| 8/15/2015 | Deadline for service of interrogatories and document requests |
| 8/15/2015 | Deadline for any request for a confidentiality order |
| 10/15/15 to 12/15/15 | Fact Witness Depositions |
| 4/1/16 to 5/15/15 | Expert Depositions |

Date: July 1, 2015                                        Respectfully submitted,

/s/    Malik Z. Shabazz                              KARL A. RACINE
Malik Z. Shabazz, (458434)                      Attorney General for the District of
1200 G Street, N.W., Suite 800                 Columbia
Washington, D.C. 20005
(202) 434 4528                                          GEORGE C. VALENTINE
Attorney.shabazz@yahoo.com                  Deputy Attorney General Civil Litigation
                                                                    Division

*Counsel for Plaintiff*

/s/ Darrell Chambers
DARRELL CHAMBERS [980872]
Chief, Section II
Civil Litigation Division

/s/ Caliandra Burstein
CALIANDRA BURSTEIN [#1014852]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 724-6646; (202) 741-0579 (fax)
Caliandra.Burstein@dc.gov

/s/Robert A. DeBerardinis, Jr.
ROBERT A. DEBERARDINIS, Jr. [335976]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600 South
Washington, D.C. 20001
(202) 724-6642; (202) 741-8895 (fax)
robert.deberardinis@dc.gov

*Counsel for the Defendant District of Columbia*